SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
JONATHAN SEIGEL #168224
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
BSI.100-1015S

Attorneys for Secured Creditor
CIVIC HOLDINGS N-N TRUST, ITS SUCCESSORS AND/OR ASSIGNEES

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Bk. No. 17-51958 |
| LILIA CHAVEZ, | Chapter 13 |
| Debtor. | REQUEST FOR SPECIAL NOTICE |

Attorneys for CIVIC HOLDINGS N-N TRUST, ITS SUCCESSORS AND/OR ASSIGNEES requests that it be served with a copy of all notices required to be mailed to any creditor, equity security holder, or indenture trustee, in accordance with the provision of Rule 2002 (in its entirety) at the following address:

        CIVIC HOLDINGS N-N TRUST, ITS
        SUCCESSORS AND/OR ASSIGNEES
        c/o SCHEER LAW GROUP, LLP
        155 N. Redwood Drive, Suite 100
        San Rafael, California 94903

        SCHEER LAW GROUP, LLP

DATED: October 9, 2017        /s/ Reilly Wilkinson
                                                  #250086