Paul S. Seabrook, SBN 296286
Seabrook Law Offices
2055 Junction Ave. #138
San Jose, CA 95131
Telephone: (408) 879-9039
Facsimile: (408) 879-9327

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE: ) CASE NO.: 17-51958-MEH
)
LILIA CHAVEZ ) CHAPTER 13
)
) STATEMENT OF COMPLIANCE
)
Debtor(s)
)

Creditor Milestone Financial, LLC filed and served a Motion for Relief from the Automatic Stay in the above referenced case on September 236, 2017. That Motion was set for Hearing on October 13, 2017. At that hearing, preliminary discussions were had to determine whether the Debtor would be able to meet the demands of the Creditor for a reasonable Adequate Protection Order. The initial demand was to provide proof of insurance on the four properties that secure the debt owed to Creditor Milestone Financial, LLC.

1

The Motion for Relief was tentatively rescheduled for October 19, 2017 to allow the Debtor time to comply with this initial requirement.

This Statement of Compliance is being filed to inform the court that the Debtor has provided her attorney with copies of insurance for all four properties. Those copies have been sent over to counsel for Creditor. The Debtor also informed her attorney that, while the policies had been inactive over the recent months, they are all now active insurance policies.

Dated: October 18, 2017        __/s/ Paul Seabrook_____

                                                  Paul Seabrook, Attorney for Debtor