Paul S. Seabrook - SBN: 296286
Seabrook Law Offices
2055 Junction Ave. Ste. 138
San Jose, CA 95131
Ph: 408-879-9039
E-mail: bankruptcy@seabrooklawoffices.com

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 17-51958-MEH |
| | CHAPTER 13 |
| LILIA CHAVEZ | |
| | SUPPLEMENTAL RESPONSE IN OPPOSITION TO MOTION FOR RELIEF |
| Debtor(s) | |
| | Date: Novmeber 3, 2017 |
| | Time: 10:00 a.m. |
| | Location: 280 S. First St., Courtroom 3020, San Jose, CA 95113 |
| | Judge: Honorable M. Elaine Hammond |

## **SUPPLEMENTAL RESPONSE IN OPPOSITION TO MOTION TO FOR RELIEF**

## **FROM THE AUTOMATIC STAY**

Debtor, Lilia Chavez hereby submits this supplemental response documenting her efforts to address the issues and the concerns of secured Creditor Milestone Financial LLC's (hereinafter "Creditor") in relation to its' Motion for Relief From the Automatic Stay.

Apart from the Court hearings on this matter, Debtors' counsel has been in touch with Creditors' counsel, William Healy, regarding the terms of a potential Adequate Protection Order.

As of the date of this response, Attorney for Creditor has informed Debtor's counsel that Creditor will not agree to an Adequate Protection Order on any terms in light of the history of its relationship with the Debtor. Prior to receiving this information, terms of an Adequate Protection Order were discussed. Some of the terms discussed included:

1. Monthly Adequate Protection payments to Creditor for October and November as well as moving forward.
2. Corrects and maintains Homeowners Insurance policies on all properties secured by Creditor's loan.
3. Debtor to provide verification that red tags on the properties have been removed.
4. Debtor to provide monthly accounting for the rental properties to Creditor.
5. Debtor to maintain property taxes on the properties and provide documentation.
6. Provide a date certain that relief will be granted with an estimate of January 2, 2018.

Debtor, was willing to agree to these terms in order to give her the time to sell her execute her plan to pay off secured creditor by the end of the year. The Debtor has made efforts to execute her plan.

Attached to this response as Exhibit A is a copy of a money order in the amount of $6,400 payable to Creditor's servicer for adequate protection payments for October and November.

Attached as Exhibits B are Notices to Terminate Tenancy issued to the tenants at 322 Pine St., Modesto CA 95351 as well as the tenants at 1324 Ritsch Lane, Modesto, CA 95351.

Attached as Exhibit C and D are the listing agreements Debtor has signed with CSR Real Estate to list and sell the properties at 322 Pine St and 1324 Ritsch Lane.

Attached as Exhibits E and F are evidence that the properties have been listed for sale. Pine St. has been listed at $155,000 and Ritsch Ln. has been listed at $183,000.

Attached as Exhibit G is evidence Debtor has provided to Counsel demonstrating that the red tag that was issued on the property located at 1004 Panama Dr., Modesto CA 95351 has been resolved.

Debtor continues to work on removing the red tag issued on 1324 Ritsch Lane and expects that issue to be resolved in the near future.

The evidence provided shows the Debtor is making a good faith effort to meet her obligations to Creditor and pay off Creditor by the end of the year. The Creditor is understandably fighting for relief so that it may foreclose upon the properties. The Debtor, however, has made significant steps towards her plan that will pay off Creditor within 60 days.

Debtor argues she has demonstrated sufficient action on her plan to merit an extension of the Automatic Stay for approximately 60 days, to terminate on January 2, 2018. The Debtor wants to come out of this financial mess in as good a condition as possible. The Schedules listed by Debtor in this case show that the four properties that secure the Creditor's loan are worth a combined $709,000 as follows:

| Property | Market Value |
|---|---|
| 1004 Panama Dr. | $215,000 |
| 1206 Figaro Dr. | $156,000 |
| 1324 Ritsch Ln. | $183,000 |
| 322 Pine St. | $155,000 |

The Debtor argues she is more likely to get higher offers by putting these properties on the market rather than seeing them go to foreclosure. If the Debtor is able to sell the two properties she has listed at listing price, she anticipates have $310,000 after deducting 8% for closing costs. She will then have two remaining properties at 1004 Panama Dr. and 1206 Figaro Dr. The combined value of these properties is approximately $371,000. The Debtor anticipates that the value of these two properties will support her effort to refinance the remaining $192,000 that will be owed to Creditor after the sale of the two properties.

The Debtor has been additionally been made aware of the Creditor's claims asserted by Creditor and is working to fix the issues addressed in the Declaration submitted by Counsel on October 30, 2017.

RESPECTFULLY SUBMITTED:

Dated:  November 1, 2017

                                                 __/s/ Paul Seabrook_____
                                                 Paul Seabrook,
                                                 ATTORNEY FOR DEBTORS