DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:  (408) 354-5513

UNITED STATES BANKRUPTCY COURT

IN RE:                                          )
                                                )     CHAPTER 13
LILIA CHAVEZ                                     )     CASE NO. 17-51958 MEH
                                                )
                                                )
                                                )     **STATEMENT ADJOURNING 341(a)**
                                                )     **MEETING OF CREDITORS**
Debtor _____             )     **Fed. R. Bankr. P. 2003(e)**

A continued First Meeting of Creditors will be held on the date and time referenced below for
questioning of the Debtor.

**DATE:  January 08, 2018**          LOCATION:   **280 S. 1st St. Room 130**
**TIME:  11:30 am**                              **San Jose, CA 95113-3002**

**Debtor Must Attend!**

## CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave., Bldg. C-100, Los Gatos, CA 95032. I served a copy of the Notice of Continuance of Meeting of Creditors by placing same in an envelope in the U.S. Mail at Los Gatos, California on November 14, 2017. Said envelopes were addressed as follows:

LILIA CHAVEZ
1025 KITCHENER CIR
SAN JOSE, CA 95121

```
                              /s/  Tania  Ribeiro
                         Office of Devin Derham-Burk, Trustee
```

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.