Paul S. Seabrook - SBN: 296286
Seabrook Law Offices
2055 Junction Ave. Ste. 138
San Jose, CA 95131
Ph: 408-879-9039
E-mail: bankruptcy@seabrooklawoffices.com

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>LILIA CHAVEZ<br><br>Debtor(s) | CASE NO.: 17-51958<br><br>CHAPTER 13<br><br>OPPOSITION TO CREDITOR MILESTONE FNANCIAL LLC'S REQUEST FOR DEFAULT OF ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR ADEQUATE PROTECTION |

## **OPPOSITION TO REQUEST FOR DEFAULT**

DEBTOR, Lilia Chavez, hereby opposes Milestone Financial LLC's (hereinafter "Creditor") Request For Default Of Order On Motion For Relief From Automatic Stay and For Adequate Protection.

Discussions have ensued between Creditor's counsel and counsel for the Debtor. The Deed of Trust in question has language in it accurately quoted by the Creditor's attorney. There is language in the Deed about full replacement cost as well as a $10,000,000 umbrella policy

DEBTOR'S OPPOSITION TO MOTION TO DISMISS

requirement. The Debtor inquired to her insurance agent about these requirements and her insurance agent said these policies were not available as the properties would be excessively insured. Upon discussion with Mr. Healy, it was relayed to us that having an umbrella policy that covers the properties in question for general liability would satisfy the Creditor.

The Debtor believes she has satisfied the Creditor's requirements for adequately insuring the properties as requested by the attached umbrella policy. This policy was issued late in the day on the 21st of November, after the Request for Default has been entered.

Mr. Healy may still wish this matter to be heard before the court, but the Debtor has provided what she can to ensure the Creditor is adequately covered by the insurance policies and she would request the Automatic Stay be in effect and that the Request for Order Terminating the Stay be denied.

RESPECTFULLY SUBMITTED:

Dated: November 21, 2017

                                                             /s/ Paul Seabrook
Paul Seabrook,
ATTORNEY FOR DEBTORS