DECLARATION

PAGE 1

**PACIFIC SPECIALTY INSURANCE COMPANY**



ENR 0063078-00

2200 GENG ROAD SUITE 200, PALO ALTO, CA 94303
(800)303-5000
PERSONAL UMBRELLA LIABILITY POLICY

This Declarations page along with "Personal Excess Umbrella Liability Policy Form" completes the Policy.

## DECLARATIONS

| | | | |
|---|---|---|---|
| Item 1. Insured's Name and Mailing Address | CHAVEZ, LILIA<br>CHAVEZ, DENNIS<br>1025 KITCHENER CIR<br>SAN JOSE, CA 95121 | Policy No.<br><br>Producer's Name and Mailing Address | ENR 0063078-00<br>B41057<br>ARRIETA INS SERVICESFRANCISCO<br>13317 VENTURA BLVD #I<br>SHERMAN OAKS, CA 91423<br>(323)984-9845 |

Item 2. Policy Period: (Mo. Day Yr.)
From: 11/21/2017  To: 11/21/2018
12:01 A.M. standard time at the address of the named insured as stated herein.

Prior Policy: QNR 8989485-00
G/A No.:

Item 3. The information of the driver(s): (see schedule of drivers)

Item 4. Residence Premises
1025 KITCHENER CIR SAN JOSE, CA 95121

Item 5. Limits of Liability
(a) Bodily Injury, Personal Injury, and Property Damage Liability      $ 1,000,000  each occurrence
(b) Excess Uninsured Motorists Insurance                                $    25,000  each accident

Item 6. Retained Limit (Self Insured Retention)
(a) Bodily Injury, Personal Injury, and Property Damage Liability      $ 1,000
(b) Excess Uninsured Motorists Insurance                                See Insuring Agreement

Item 7. Schedule of Underlying Insurance
It is agreed by the insured that the insurance policies listed below that provide the following coverage (1) are in-force;(2) Will remain in-force throughout the entire policy period (whether collectible or not) for at least the underlying limits of liability stated on the schedule of underlying insurance; (3) Insure all automobiles owned by, leased by, or regularly furnished to an insured; (4) Insure all premises owned by, leased by, or leased to an insured; (5) Insure all watercraft owned by the insured.

TYPE OF COVERAGE

(a) Comprehensive Personal Liability or Homeowner's
    PSIC                                ENG 0690301

(b) Automobile Liability
    ALLSTATE                            934907685
    ALLSTATE                            934907685

(c) Watercraft Liability
    EXCLUDED

Endorsements forming a part of this policy   Policy: UMB-POL(ED.2)
Internal print codes: CA-UMB-POL (ED.2.0) CA-UMB-END (ED.5.0);
LM1-CA-PUP (ED.2); LM4-UMB(ED.2); LM5-UM
B(ED.2); LM6(ED.2); LM7(ED.3); LM8(ED.2)
; LM9(ED.1); LM10(ED.1); LM15(ED.1); LM
17(ED.1); LM18(ED.2); LM19(ED.2); LM20(E
D.2); LM21 (ED. 1); PM18(ED.1); PM19 (ED
.1); CAM1 (ED.2)

Total Premium          $  467.00
Taxes (if any)         $
Fully Earned Policy Fee $   37.00
Total Policy Premium   $  504.00

Date of Issue  11/21/2017    Countersigned by  MCGRAW INSURANCE SERVICES
                                                Licensed Resident Agent or Authorized Representative

INSURED'S COPY

PPB0008NR

Case: 17-51958   Doc# 69-1   Filed: 11/21/17   Entered: 11/21/17 22:04:49   Page 1 of 2

# SCHEDULE



**TYPE OF COVERAGE:**

**SCHEDULE OF PROPERTIES**

| CARRIER | POLICY NUMBER/DESC | LIMIT |
|---|---|---|
| PSIC | ENY 0487948<br>1004 PANAMA | 300,000 CSL |
| PSIC | ENY 0478420<br>322 PINE ST | 300,000 CSL |
| PSIC | ENY 0478417<br>1324 RITSCH | 300,000 CSL |
| PSIC | ENY 0478416<br>1206 FIGARO AVE | 300,000 CSL |

**SCHEDULE OF DRIVERS**

| NAME | LICENSE NUMBER | BIRTH DATE |
|---|---|---|
| CHAVEZ LILIA | ███████, CA | ███████ |
| CHAVEZ DENNIS | ███████, CA | ███████ |

All other terms and conditions remain unchanged.

Attached to and forming part of No.   ENR 0063078-00
Issued to   CHAVEZ, LILIA
Effective   11/21/2017

By MCGRAW INSURANCE SERVICES

INSURED'S COPY

PPB0008NR