1  CAMPEAU GOODSELL SMITH, L.C.
    WILLIAM J. HEALY, #146158
2  440 N. 1st Street, Suite 100
    San Jose, California   95112
3  Telephone:  (408) 295-9555      The following constitutes
    Facsimile:    (408) 295-6606      the order of the court. Signed December 4, 2017
4
    ATTORNEYS FOR
5  Milestone Financial LLC

    _____
6  **M. Elaine Hammond**
    **U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

In re:                                            )   Case No.  17-51958
                                                  )
LILIA CHAVEZ,                                     )   CHAPTER 13
                                                  )
                    Debtor.                       )   **ORDER TERMINATING STAY FOR**
                                                  )   **DEFAULT**
                                                  )
                                                  )   **CGS-001**
                                                  )
_____)

The Court, having issued a November 7, 2017 ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR ADEQUATE PROTECTION (Doc#60) ("MRS Order") in favor of secured creditor Milestone Financial LLC and against debtor Lilia Chavez ("Debtor"), having read and considered the Declaration of William J. Healy Re: Order Terminating Stay for Default of Order on Motion for Relief from Automatic Stay and for Adequate Protection, and having found good cause, does hereby find default of the MRS Order and therefore,

1. The stay, as set forth in the November 7, 2017 ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR ADEQUATE PROTECTION (Doc#60), is

1. immediately terminated and extinguished for all purposes as to Milestone Financial LLC and Milestone Financial LLC may proceed under nonbankruptcy law to enforce its rights and

2. The provisions of Rule 4001 (a)(3) of Federal Rules of Bankruptcy Procedure are waived and as applicable the 7-day waiting period provided for in California Civil Code §2924g(d) Cal.Civ.Code is waived.

***END OF ORDER***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | All ECF Recipients |