```
 1 | Matthew Mellen (Bar No. 233350)
   | MELLEN LAW FIRM
 2 | One Embarcadero Center, Fifth Floor
   | San Francisco, CA 94611
 3 | Telephone:    (415) 315-1653
   | Facsimile:    (415) 276-1902
 4 |
   | Attorney for Plaintiff,
 5 | LILIA CHAVEZ
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>LILIA CHAVEZ,<br><br>    Debtor(s). | Case No.: 17-51958<br><br>Ch. 13<br><br>[Assigned to Hon. M. Elaine Hammond]<br><br>NOTICE OF HEARING ON MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION FOR RELIEF FROM STAY<br><br>Date:    January 12, 2018<br>Time:   1:00 p.m.<br>Ctrm.:  3020 |

TO THE COURT, ALL CREDITORS, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, THE CHAPTER 13 TRUSTEE:

NOTICE IS HEREBY GIVEN that on December 21, 2017, Debtor LILIA CHAVEZ filed a Motion For Consideration of Order granting Relief From Stay. You are hereby notified that a hearing on Debtor's motion is scheduled for January 12, 2018 at 1:00 p.m., in Courtroom 3020 of the United States Bankruptcy Court, located at 280 South First Street, San Jose, CA.

Said Motion is made upon the grounds that there existed facts and circumstances which warranted denial of relief from the automatic stay but which were not presented to the Court, due to no fault by Debtor.

Said Motion is based upon this Notice, the accompanying Declaration of Lilia Chavez, the Motion for Reconsideration, and all papers, and documents previously filed with the Court, and

1

Case: 17-51958    Doc# 73    Filed: 12/21/17    Entered: 12/21/17 14:37:52    Page 1 of 2

| | |
|---|---|
| 1 | upon evidence, oral and documentary, that may be presented at the hearing on the Motion. |
| 2 | Any responding party is not required to, but may, file responsive pleadings; points and authorities, and declarations for any preliminary hearing. (Local Rule 4001-1(f)). |

upon evidence, oral and documentary, that may be presented at the hearing on the Motion.

Any responding party is not required to, but may, file responsive pleadings; points and authorities, and declarations for any preliminary hearing. (Local Rule 4001-1(f)).

DATED: December 21, 2017             Respectfully submitted,

MELLEN LAW FIRM

*/s/ Matthew Mellen*
Matthew Mellen, Esq.
Attorneys for Debtor
LILIA CHAVEZ