UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: LILIA CHAVEZ | CASE NO: 17-51958 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 12/28/2017, I did cause a copy of the following documents, described below,

AMENDED NOTICE OF HEARING ON MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION FOR RELIEF FROM STAY ,

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION FOR RELIEF FROM STAY

DECLARATION OF LILIA CHAVEZ IIN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION FOR RELIEF FROM STAY

RELIEF FROM STAY COVER SHEET

[PROPOSED] ORDER

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 12/28/2017

/s/ Jessica Galletta
Jessica Galletta  281179
Mellen Law Firm
One Embarcadero Ctr., 5th Fl.
San Francisco, CA  94111
415 315 1653
email@mellenlawfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: LILIA CHAVEZ | CASE NO: 17-51958 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 12/28/2017, a copy of the following documents, described below,

AMENDED NOTICE OF HEARING ON MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION FOR RELIEF FROM STAY ,

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION FOR RELIEF FROM STAY

DECLARATION OF LILIA CHAVEZ IIN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION FOR RELIEF FROM STAY

RELIEF FROM STAY COVER SHEET

[PROPOSED] ORDER

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/28/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mellen Law Firm
Jessica Galletta
One Embarcadero Ctr., 5th Fl.
San Francisco, CA  94111

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
09715
CASE 17-51958
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE
THU DEC 28 07-18-03 PST 2017

2 AMEX
CORRESPONDENCE
PO BOX 981540
EL PASO TX 79998-1540

3 CA EMPLOYMENT DEVELOPMENT DEPT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO CA 94280-0001

4 CA FRANCHISE TAX BOARD
ATTN SPECIAL PROCEDURES
PO BOX 2952
SACRAMENTO CA 95812-2952

5 CAMPEAU GOODSELL SMITH LLC
440 N FIRST ST STE 100
SAN JOSE CA 95112-4024

6 CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30253
SALT LAKE CITY UT 84130-0253

7 CAPITAL ONE
GENERAL CORRESPONDENCE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

8 CAPITAL ONE
PO BOX 30253
SALT LAKE CITY UT 84130-0253

9 CAPITAL ONE NA
ATTN GENERAL CORRESPONDENCEBANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

10 CAVALRY SPV I LLC
BASS ASSOCIATES PC
3936 E FT LOWELL RD SUITE 200
TUCSON AZ 85712-1083

11 CBUSASEARS
CITICORP CREDIT SRVSCENTRALIZED
BANKRUP
PO BOX 790040
SAINT LOUIS MO 63179-0040

12 CHASE AUTO FINANCE
NATIONAL BANKRUPTCY DEPT
201 N CENTRAL AVE MS AZ1-1191
PHOENIX AZ 85004-1071

13 CHASE CARD
ATTN CORRESPONDENCE DEPT
PO BOX 15298
WILMINGTON DE 19850-5298

*DEBTOR*

14 LILIA CHAVEZ
1025 KITCHENER CIRCLE
SAN JOSE CA 95121-2619

15 CITIBANKSEARS
CITICORP CREDIT SERVICESATTN CENTRALIZ
PO BOX 790040
SAINT LOUIS MO 63179-0040

16 CIVIC
314 S FRANKLIN ST
SECOND FLOOR PO BOX 517
TITUSVILLE PA 16354-2168

17 CIVIC HOLDINGS I TRUST
CO BSI FINANCIAL SERVICES
PO BOX 660605
DALLAS TX 75266-0605

18 CIVIC HOLDINGS I TRUST ITS
SUCCESSORS ANDO
CO SCHEER LAW GROUP LLP
155 N REDWOOD DRIVE SUITE 100
SAN RAFAEL CA 94903-1966

19 CIVIC HOLDINGS N N TRUST ITS
SUCCESSORS AND
CO SCHEER LAW GROUP LLP
155 N REDWOOD DR SUITE 100
SAN RAFAEL CA 94903-1966

20 CREDIT ONE BANK NA
PO BOX 98873
LAS VEGAS NV 89193-8873

21 DAVID T GOLDEN MONICA J GOLDEN
TRUSTEES
FCI LENDERS SERVICES INC
PO BOX 27370
ANAHEIM CA 92809-0112

22 DEVIN DERHAM BURK
PO BOX 50013
SAN JOSE CA 95150-0013

23 DIRECTV LLC
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 5008
CAROL STREAM IL 60197-5008

24 DISCOVER FINANCIAL
PO BOX 3025
NEW ALBANY OH 43054-3025

25 FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

26 FIRST NATIONAL CREDIT CARDLEGACY
FIRST NATIONAL CREDIT CARD
PO BOX 5097
SIOUX FALLS SD 57117-5097

27 FRANCHISE TAX BOARD
BANKRUPTCY SECTION MSA 340
PO BOX 2952
SACRAMENTO CA 95812-2952

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| 28 FST PREMIER<br>601 S MINNEAOPLIS AVE<br>SIOUX FALLS SD 57104 | 29 WILLIAM J HEALY<br>CAMPEAU GOODSELL AND SMITH<br>440 N 1ST ST 100<br>SAN JOSE CA 95112-4024 | 30 IRS  SPECIAL PROCEDURES<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| 31 INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 32 LOANME INC<br>1900 S STATE ST STE 300<br>ANAHEIM CA 92806 | 33 ERIN M MCCARTNEY<br>ZIEVE BRODNAX  STEELE LLP<br>30 CORPORATE PARK 450<br>IRVINE CA 92606-3401 |
| 34 MATTHEW MELLEN<br>MELLEN LAW FIRM<br>ONE EMBARCADERO CENTER FIFTH FLOOR<br>SAN FRANCISCO CA 94111-3628 | 35 MILESTONE FINANCIAL LLC<br>4970 EL CAMINO REAL SUITE 230<br>LOS ALTOS CA 94022-1461 | 36 MILESTONE FINANCIAL SERVICES LLC<br>DBA ALVISO FUNDING<br>4970 EL CAMINO REAL230<br>LOS ALTOS CA 94022-1461 |
| 37 OCRE INVESTMENT FUND 1 LLC<br>CO ZIEVE BRODNAX  STEELE LLP<br>30 CORPORATE PARK SUITE 450<br>IRVINE CA 92606-3401 | 38 OCRE INVESTMENT FUND 1 LLC<br>3134 AIRWAY AVENUE<br>COSTA MESA CA 92626-4610 | 39 OCRE INVESTMENT FUND 1 LLC<br>FCI LENDERS SERVICES INC<br>PO BOX 27370<br>ANAHEIM CA 92809-0112 |
| 40 OFFICE OF THE US TRUSTEE  SJ<br>US FEDERAL BLDG<br>280 S 1ST ST 268<br>SAN JOSE CA 95113-3004 | 41 PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | 42 QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| 43 RISE<br>ATTN BANKRUPTCY<br>OI BOX 101808<br>FORT WORTH TX 76185 | 44 RISE CREDIT<br>ATTN CUSTOMER SUPPORT<br>PO BOX 101808<br>FORT WORTH TX 76185-1808 | 45 SALUTEATLANTICUS<br>POB 105555<br>ATLANTA GA 30348-5555 |
| 46 PAUL SEABROOK<br>SEABROOK LAW OFFICES<br>2055 JUNCTION AVE 138<br>SAN JOSE CA 95131-2115 | 47 SHERWOOD INVESTMENTS<br>PO BOX 491944<br>LOS ANGELES CA 90049-8944 | 48 STANISLAUS CREDIT CONTROL SERVICE<br>INC<br>PO BOX 480<br>MODESTO CA 95353-0480 |
| 49 CALIFORNIA STATE BOARD OF<br>EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | 50 SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | 51 SYNCHRONY BANKTJX<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| 52 TARGET<br>CO FINANCIAL  RETAIL SRVS<br>MAILSTOPN BT POB 9475<br>MINNEAPOLIS MN 55440-9475 | 53 TRIBUTEATLANTICUS<br>POB 105555<br>ATLANTA GA 30348-5555 | 54 US ATTORNEY<br>CIVIL DIVISION<br>450 GOLDEN GATE AVE<br>SAN FRANCISCO CA 94102-3661 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
55 US ATTORNEY                      56 REILLY WILKINSON              57 WILLIAM J HEALY
450 GOLDEN GATE AVE                 SCHEER LAW GROUP                 CAMPEAU GOODSELL SMITH LC
CIVIL DIVISION                      155 N REDWOOD DR 100             440 N 1ST ST 100
SAN FRANCISCO CA 94102-3661         SAN RAFAEL CA 94903-1966         SAN JOSE CA 95112-4024


58 ZEIVE BRODNAX  STEELE LLP
30 CORPORATE PARK STE 450
IRVINE CA 92606-3401
```