```
1  Matthew Mellen (Bar No. 233350)
   MELLEN LAW FIRM
2  One Embarcadero Center, Fifth Floor
   San Francisco, CA 94611
3  Telephone:   (415) 315-1653
   Facsimile:   (415) 276-1902
4
   Attorney for Plaintiff,
5  LILIA CHAVEZ
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – BANKRUPTCY DIVISION

| | |
|---|---|
| In re LILIA CHAVEZ,<br><br>    Debtor. | Case No.: 17-51958<br><br>Ch. 13<br><br>[Assigned to Hon. M. Elaine Hammond]<br><br>DECLARATION OF RON HIATT IN RESPONSE TO OPPOSITION TO MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION FOR RELIEF FROM STAY<br><br>Date:   January 19, 2018<br>Time:   10:00 a.m.<br>Ctrm.:   3020 |

1

DECLARATION OF RON HIATT IN RESPONSE TO OPPOSITION TO MOTION FOR RECONSIDERATION

January 16, 2017

To whom it may concern,

I Ron Hiatt am the propety manger who assisted Lilia Chavez with the management of the properties subject to this action.

I personally dealt with real estate agent Aaron West post foreclosure of the properties. Mr. West came to each property on Decemer 8, 2017 to inform the tenants that the properties had been foreclosed on by Milestone. He informed the tenants not to pay rent to Ms. Chavez, that they were not to allow the Chavez' on the property, and that they were going to be served 30 day notices to vacate and no one would be staying.

On or about December 11, 2017 I was informed by the tenants of 322 Pine Street Modesto 95351, whom had rented the property effecitve December 1st, that a locksmith had arrived attempting to change the locks. I went to the property and informed the locksmith that he needed to leave otherwise the police would be called because this property is tenant occupied. He stated he was not aware of that and promptly left.

On December 13, 2017 I again received a call from the tenants stating that Modesto Police had came to the property at around prior to 7am to inform them that they needed to vacate immediatly property. I called Ms. Chavez around 9am to inform her of what was going on. She proceeded to contact both Modesto Police and the Stanislaus County Sheriff to inquire which agency had appeared and to inform them that the tenants had not been issued any vacate notices nor was there an active unlawful detainer action against the property. Both agencies stated they has no record of any calls being made to that address. I verified with the tenants that they had in fact been contacted by a law enforcement officer and they stated yes, that the officer had even checked their names for warrants. We informed the tenants to seek the help of California Rural Legal Assitance (CRLA) since they were being locked out illegally. They called and were told to come in in person. They were also instructed to provide the trustee deed. I called Ms. Chavez and asked that she fax it to me, which she did.

I drove the tenants to CRLA, whom met with the tenants and gave them information on the procedure a now owner of a foreclosed property needed to notice any exisitng tenants. They provided them sample letter and handouts. Afterwards we returned to the property. Aaron West showed up at around 3:30pm with the locksmith in an attempt to again change the locks. He was not allowed access to the property so ended up leaving

A few hours later Aaron West showed up again with the locksmith demanding the tenants leave per the police request. I informed him that these people were tenants and needed to be served proper notice. He argued that they were squatters whom we intentionally placed in the

1

property to prevent Milestone taking possesion. He stated that their rental contract was bogus. He stated that the fact that the utiility was not in their name gave evidence of this. He asked the tenants to see their rental contract. The tenants had the contract and did not really want to provide it to Mr. West so Mr. West proceeded to snatch it out of their hand and did not retunrn it.

The tenants who had previosly occupied the house had just moved out on Novemeber 30, 2017 because the house was for sale. The current tenants rental contract was effective as of December 1st but they were having some difficutly starting the electrical utitlty in their name due to one of them not being able to be on the bill. However the water and gas utility remained in Ms.Chavez' name as it has been for years. I proceeded to call the police whom never responded. After much dispute, Mr. West stated that he would be back at 7am in the morning with "his buddy the watch commander", referring to the police officer whom had been to the property that morning, and that the tenants would be forceably removed at that time.

Thats night Ms.Chavez and I discused at lengths how to deal with this situation. The days situation had been gruling for everyone. We ultimatley decided that they intended to do what they were going to do illegal or not and that it would probably be best to just allow them to take possesion of the property and move the tenants. That night as well as as early the next morning, I removed all of our personal belongings. We had lots of material and tool there since we had been doing a lot of work to the property in order to sell it as well as appliances.

When Mr. West arrived the following morning, I informed him that I was in the process of moving out the tenants. I finished moving them out and to another location and Mr. West proceeded to lock the property.

I have not gone back to the property since, however I have been told that the property is currently being occupied by true squatters.

Thank you,

Ron Hiatt

2