Matthew Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
Eunji Cho (Bar No. 286710)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone: (650) 638-0120
Facsimile: (650) 638-0125

Attorneys for Debtor,
LILIA VALENCIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – BANKRUPTCY DIVISION

| | |
|---|---|
| In re LILIA CHAVEZ, | Case No.: 17-51958 |
| Debtor. | Ch. 13 |
| | [Assigned to Hon. M. Elaine Hammond] |
| | **CERTIFICATE OF SERVICE** |

1

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Mellen Law Firm, One Embarcadero Center, Fifth Floor, San Francisco, CA 94111.

On the date below, I served a copy of the foregoing document entitled:

SUPPLEMENTAL DECLARATION OF LILIA CHAVEZ IN RESPONSE TO OPPOSITION TO MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION FOR RELIEF FROM STAY

DECLARATION OF RON HIATT IN RESPONSE TO OPPOSITION TO MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION FOR RELIEF FROM STAY

**Served via ECF:**

All ECF Users

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in San Mateo, California on January 18, 2018.

Jessica Galletta                                       *Jessica Galletta*
(Type or Print Name)